UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                  Case No. 8:19-bk-04542-RCT
                                                                        Chapter 7

Frank Natiello
Louisa-Anne R. Natiello,

       Debtor(s).
_____/

## TRUSTEE'S LIMITED OBJECTION TO MOTION
## FOR RELIEF FROM AUTOMATIC STAY BY LOANCARE, LLC

Christine L. Herendeen, the Trustee in the above captioned Chapter 7 case, by and through her undersigned counsel, files this Limited Objection to Motion for Relief from Stay by Loancare, LLC (Doc. No. 18) and states as follows:

1. On May 14, 2019, the Debtors filed a Chapter 7 Petition, and Christine L. Herendeen was appointed as Trustee.

2. On July 19, 2019, Loancare, LLC (the "**Secured Creditor**") filed a Motion for Relief from the Automatic Stay.

3. The Debtors listed the real property at 8 Sandy Hill Road, Hamburg, NJ 07419 on Schedule A with a current value of $182,700.00 and a first mortgage of $113,932.00. According to Zillow.com, the value of the property is $214,105.00. A copy of the Zillow value is attached hereto as Exhibit "A" and incorporated herein by reference.

4. Due to the equity above the first mortgage, the Trustee intends to sell the property; moreover, the equity cushion provides the Secured Creditor with adequate protection. The Trustee intends to employ a real estate broker who has reviewed the property and believes there is sufficient equity to sell the property, to pay the first mortgage creditor and closing costs in full,

and to provide funds for distribution by the estate to the under secured second mortgage creditor and the general unsecured creditors.

5.     The Trustee would request that Loancare, LLC be directed to communicate with her, providing payoff information and communicating with her generally, as necessary to administer and sell the real property.  The motion filed by Loancare, LLC sets forth the unpaid principal balance; however, it does not provide payoff information.

WHEREFORE, the Trustee requests the entry of an Order Denying the Motion for Relief from the Automatic Stay, or in the alternative, abating the motion to allow her and opportunity to market and sell the real property, directing Loancare, LLC to communicate with the Trustee, and for any other relief this Court deems appropriate

Respectfully submitted,

/s/ Christine L Herendeen
Christine L. Herendeen
Florida Bar No. 0094315
Herrendeen Law, LLC
P.O. Box 152348
Tampa, FL  33684
(813) 438-3833
Attorney for Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 5, 2019 a true and correct copy of the foregoing was served by electronic delivery or U.S. Mail to the following:

Office of the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

Frank and Louisa-Anne Natiello, 8027 Sealawn Dr, Spring Hill, FL  34606

Sandra H Day, The Day Law Office, 4108 Deltona Blvd., Spring Hill, FL 34606

Stefan Beuge, Esq., Phelan Hallinan Diamond& Jines, PLLC, Attorney for Loancare, LLC, 2001 NW 64th Street, Suite 100, Ft Lauderdale, FL 33309

/s/ Christine L Herendeen
Christine L. Herendeen, Trustee

8 Sandy Hill Rd, Hamburg, NJ 07419

**Get more info**

‹ nformation    Home value    Price and tax history    Monthly cos ›

## Home value

Zestimate®

**$214,105**

Estimated sales range: $167,000 - $244,000

### Zestimate history

— This home       -- 07419           --- Hardyston Township
$214.1K           $216.1K            $233.9K

Today

$250K
$200K
$150K

Forecast
2010    2012    2014    2016    2018    2020

**EXHIBIT "A"**